PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00018 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN ROGERS, | DATE: March 21, 2017
TIME: 9:00 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is presently set for a status conference on March 21, 2017. By this stipulation, the parties now move to continue the status conference until May 9, 2017 at 9:15 a.m., and to exclude time between March 21 and May 9, 2017 at 9:15 a.m., under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government represents that the discovery associated with this case presently comprises approximately eighty-five pages of documents and an audio/visual recording that is approximately ninety minutes long. This discovery has been produced directly to Defendant's counsel.

    b) Counsel for Defendant continues to review the discovery, conduct his

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

investigation, and consult with Defendant about how to proceed with the case, including whether to pursue a resolution with the Government.

      c)      Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time to consult with his client and assess how to proceed with this case, including whether and on what terms to resolve the case, taking into account the exercise of due diligence.

      d)      The Government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 21 to May 9, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 20, 2017                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ OWEN ROTH
                                            OWEN ROTH
                                            Assistant United States Attorney

Dated:  March 20, 2017                    /s/ JOHNNY GRIFFIN
                                            JOHNNY GRIFFIN
                                            Counsel for Defendant
                                            JOHN ROGERS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of March, 2017.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3