1  **LAW OFFICE OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN: 118694)**
2  1010 F STREET, SUITE 200
   SACRAMENTO, CA 95814
3  Telephone: (916) 444-5557
   Facsimile:  (916)444-5558
4
   Attorney for Defendant
5  **JOHN ROGERS**

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:17-CR-00018-JAM

                            Plaintiff,           **STIPULATION REGARDING EXCLUDABLE**
12                                               **TIME PERIODS UNDER SPEEDY TRIAL ACT;**
                    v.                           **FINDINGS AND ORDER**
13
    JOHN ROGERS,                                 DATE: May 9, 2017
14                                               TIME: 9:15 a.m.
                            Defendant.           COURT: Hon. John A. Mendez
15

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.       By previous order, this matter was set for status on May 9, 2017.

21       2.       By this stipulation, defendant now moves to continue the status conference June 27, 2017

22  at 9:15 a.m., and to exclude time between May 8, 2017 and June 27, 2017, under Local Code T4.

23       3.       The parties agree and stipulate, and request that the Court find the following:

24       a)       The government has represented that the discovery associated with this case

25  presently comprises approximately eighty-five pages of documents and an audio/visual recording

26  that is approximately ninety minutes long.  This discovery has been produced directly to defense

27  counsel.

28       b)       Counsel for defendant continues to review discovery, conduct his investigation

    STIPULATION REGARDING EXCLUDABLE TIME                    1
    PERIODS UNDER SPEEDY TRIAL ACT

1  and consult with Defendant about how to proceed with the case, including whether to pursue a

2  resolution with the government.

3        c)     Counsel for defendant submits that the failure to grant the above-requested

4  continuance would deny him the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence.

6        d)     The government does not object to the continuance.

7        e)     Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of May 9, 2017 to June 27, 2017,

12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13  because it results from a continuance granted by the Court at defendant's request on the basis of

14  the Court's finding that the ends of justice served by taking such action outweigh the best interest

15  of the public and the defendant in a speedy trial.

16  4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18  must commence.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 ///

2       IT IS SO STIPULATED.

3

4 Dated: May 8, 2017                                PHILLIP A. TALBERT
                                                  United States Attorney

5

6                                                  /s/ Owen Roth
                                                  OWEN ROTH
                                                  Assistant United States Attorney
7

8

9 Dated: May 8, 2017                                /s/ Johnny L. Griffin, III

10                                                 JOHNNY L. GRIFFIN, III
                                                  Counsel for Defendant
11                                                 John Rogers

12

13
                              **FINDINGS AND ORDER**
14
        IT IS SO FOUND AND ORDERED this 8th day of May, 2017
15

16                                                /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
17                                                UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT