PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROGERS,<br><br>Defendant. | CASE NO. 2:17-CR-00018 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 10, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is presently set for a status conference on October 10, 2017. By this stipulation, the parties now move to continue the status conference until November 14, 2017, the prior date of the status conference, and to exclude time between September 26 (the previously scheduled date of the status conference) and November 14, 2017, under Local Code T4. The Court has previously continued the status conference from March 20 to May 9, and then to June 27, and then to August 1, and then to September 26.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government represents that the discovery associated with this case presently comprises approximately eighty-five pages of documents and an audio/visual recording that is

approximately ninety minutes long.  This discovery has been produced directly to Defendant's counsel.

      b)      Counsel for Defendant continues to review the discovery, conduct his investigation, and consult with Defendant about how to proceed with the case, including whether to pursue a resolution with the Government.

      c)      Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time to consult with his client and assess how to proceed with this case, including whether and on what terms to resolve the case, taking into account the exercise of due diligence.

      d)      The Government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26 to November 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 25, 2017                          PHILLIP A. TALBERT
                                                                  United States Attorney

                                                                        /s/ OWEN ROTH
                                                                        OWEN ROTH
                                                                        Assistant United States Attorney

Dated: September 25, 2017

          /s/ JOHNNY GRIFFIN
JOHNNY GRIFFIN
Counsel for Defendant
JOHN ROGERS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of September, 2017.

          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE