**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916)444-5558

Attorney for Defendant
**JOHN ROGERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN ROGERS,<br><br>        Defendant. | CASE NO. 2:17-CR-00018-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>DATE: February 20, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 20, 2018.

2. By this stipulation, defendant now moves to continue the status conference to April 24, 2018 at 9:15 a.m., and to exclude time between February 20, 2018 and April 24, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case presently comprises approximately eighty-five pages of documents and an audio/visual recording that is approximately ninety minutes long. This discovery has been produced directly to defense counsel.

  b) Counsel for defendant continues to review discovery, conduct his investigation

1   and consult with Defendant about how to proceed with the case, including whether to pursue a
2   resolution with the government.
3           c)      Counsel for defendant submits that the failure to grant the above-requested
4   continuance would deny him the reasonable time necessary for effective preparation, taking into
5   account the exercise of due diligence.
6           d)      The government does not object to the continuance.
7           e)      Based on the above-stated findings, the ends of justice served by continuing the
8   case as requested outweigh the interest of the public and the defendant in a trial within the
9   original date prescribed by the Speedy Trial Act.
10          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of February 20, 2018 to April 24,
12  2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
13  T4] because it results from a continuance granted by the Court at defendant's request on the basis
14  of the Court's finding that the ends of justice served by taking such action outweigh the best
15  interest of the public and the defendant in a speedy trial.
16      4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18  must commence.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

///

　　　IT IS SO STIPULATED.

Dated: February 16, 2018　　　　　　　　　McGregor Scott
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Owen Roth
　　　　　　　　　　　　　　　　　　　　OWEN ROTH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: February 16, 2018　　　　　　　　　/s/ Johnny L. Griffin, III
　　　　　　　　　　　　　　　　　　　　JOHNNY L. GRIFFIN, III
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　John Rogers

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of February, 2018

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE