**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**JOHN ROGERS**

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ROGERS, <br><br> Defendant. | 2:17-cr-00018-JAM <br><br> **ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT JOHN ROGERS' NOTICE** <br><br> Honorable John A. Mendez |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant John Rogers' Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the six-page document and Exhibit A (consisting of four pages) pertaining to defendant Rogers, and defendant Rogers' Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for the defendant and the United States.

DATED: November 23, 2022            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE