IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOHN ROGERS,<br><br>   Defendant. | Case №: 2:17-cr-00018 JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Karyn Bucur is hereby appointed effective January 23, 2023, the date the Office of the Federal Defender contacted her. The defendant was previously determined to qualify for appointed counsel.

DATED: February 14, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE